# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-cv-00049-JCM-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| JOHN AND JANE DOES, | |
| Defendant(s). | |

This case has been transferred to the undersigned magistrate judge. Docket No. 6. On January 6, 2017, Judge Ferenbach granted Plaintiff's motion to take limited discovery to identify the Defendants in this case. Docket No. 3. To date, no further action has been taken by Plaintiff. The Court hereby ORDERS Plaintiff to file an amended complaint with the identities of Defendants by April 20, 2017. Failure to comply with this order may result in a recommendation of dismissal. *See, e.g.*, Fed. R. Civ. P. 41(b).

IT IS SO ORDERED

Dated: April 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge