**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br>            Plaintiff(s), <br><br>vs. <br><br>LAURIE MANZI, et al., <br><br>            Defendant(s). | Case No. 2:16-cv-02384-JCM-NJK, et seq.[1] <br><br>**ORDER TO SHOW CAUSE** |

This is one of dozens of cases alleging numerous defendants engaged in copyright infringement through BitTorrent. No later than May 11, 2017, Plaintiff shall show cause in writing why the Court should not (1) sever all defendants except the first defendant in each case, (2) dismiss the remaining defendants without prejudice, and (3) quash any subpoenas for discovery to the extent they pertain to any defendants other than the first named defendant. *E.g., Third Degree Films, Inc. v. Does 1-131*, 280 F.R.D. 493 (D.

---

[1] The Court will issue this order to show cause in each of the dozens of related cases filed by Plaintiff: 2:16-cv-02513-JCM-NJK; 2:16-cv-02520-JCM-NJK; 2:16-cv-02563-JCM-NJK; 2:16-cv-02657-JCM-NJK; 2:16-cv-02660-JCM-NJK; 2:16-cv-02662-JCM-NJK; 2:16-cv-02783-JCM-NJK; 2:16-cv-02788-JCM-NJK; 2:16-cv-02799-JCM-NJK; 2:16-cv-02875-JCM-NJK; 2:17-cv-00049-JCM-NJK; 2:17-cv-00114-JCM-NJK; 2:17-cv-00121-JCM-NJK; 2:17-cv-00122-JCM-NJK; 2:17-cv-00123-JCM-NJK; 2:17-cv-00124-JCM-NJK; 2:17-cv-00126-JCM-NJK; 2:17-cv-00665-JCM-NJK; 2:17-cv-00666-JCM-NJK; 2:17-cv-00667-JCM-NJK; 2:17-cv-00676-JCM-NJK; 2:17-cv-00722-JCM-NJK; 2:17-cv-00723-JCM-NJK; 2:17-cv-00724-JCM-NJK. A response to this order to show cause shall be filed in each case. To the extent any of these cases involve procedural issues or otherwise require briefing specific to that case, Plaintiff shall ensure that the brief filed in that case provides that specific argument. Plaintiff shall also file in the low-numbered case a notice indicating which cases (if any) involve specific arguments in response to the order to show cause.

1  Ariz. 2012); *Hard Drive Prods., Inc. v. Does 1-188*, 809 F. Supp. 2d 1150 (N.D. Cal. 2011); *On the Cheap,*
2  *LLC v. Does 1-5011*, 280 F.R.D. 500 (N.D. Cal. 2011); *LHF Prods., Inc. v. Does 1-20*, 2016 WL 7423094
3  (E.D. Va. Dec. 22, 2016); *ME2 Prods., Inc. v. Does 1-14*, 2016 WL 6948333 (N.D. Ga. Nov. 28, 2016).

    IT IS SO ORDERED

    Dated: April 27, 2017

    _____
    NANCY J. KOPPE
    United States Magistrate Judge