CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
Hamrick & Evans llp
2600 W. Olive Ave., Ste. 1020
Burbank, California 91505
+1.818.763.5292 (ph)
+1.818.763.2308 (fax)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| ME2. PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br>MIKIYAS BAYU, et al.<br><br>Defendants. | Case Nos.:<br>2:17-cv-00724-JCM-NJK;<br>2:16-cv-02513-JCM-NJK;<br>2:16-cv-02657-JCM-NJK;<br>2:16-cv-02662-JCM-NJK;<br>2:16-cv-02783-JCM-NJK;<br>2:16-cv-02384-JCM-NJK;<br>2:16-cv-02788-JCM-NJK;<br>2:16-cv-02563-JCM-NJK;<br>2:16-cv-02799-JCM-NJK;<br>2:17-cv-00121-JCM-NJK;<br>2:17-cv-00122-JCM-NJK;<br>2:17-cv-00123-JCM-NJK;<br>2:16-cv-02660-JCM-NJK;<br>2:17-cv-00126-JCM-NJK;<br>2:16-cv-02875-JCM-NJK;<br>2:17-cv-00665-JCM-NJK;<br>2:17-cv-00666-JCM-NJK;<br>2:17-cv-00676-JCM-NJK;<br>2:17-cv-00722-JCM-NJK;<br>2:17-cv-00049-JCM-NJK;<br>2:17-cv-00723-JCM-NJK;<br>2:17-cv-00124-JCM-NJK;<br>2:16-cv-02520-JCM-NJK;<br>2:17-cv-00114-JCM-NJK;<br>2:17-cv-00667-JCM-NJK |

## NOTICE OF CORRECTED IMAGE

Plaintiff ME2 PRODUCTIONS, INC. ("Plaintiff") hereby submits notice of a corrected image, noting that the Certificate of Service filed in this matter on June 20, 2017 cited to the incorrect report and recommendations, which had been

HAMRICK & EVANS LLP

served upon the recipients identified therein.  A corrected certificate of service is attached hereto.

Respectfully submitted, this 22nd day of June, 2017.

/s/ Charles Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

HAMRICK & EVANS LLP

CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
Hamrick & Evans llp
2600 W. Olive Ave., Ste. 1020
Burbank, California 91505
+1.818.763.5292 (ph)
+1.818.763.2308 (fax)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ME2. PRODUCTIONS, INC., a Nevada Corporation,<br><br>            Plaintiff,<br>vs.<br><br>MIKIYAS BAYU, et al.<br><br>            Defendants. | Case Nos.:<br>2:17-cv-00724-JCM-NJK;<br>2:16-cv-02513-JCM-NJK;<br>2:16-cv-02657-JCM-NJK;<br>2:16-cv-02662-JCM-NJK;<br>2:16-cv-02783-JCM-NJK;<br>2:16-cv-02384-JCM-NJK;<br>2:16-cv-02788-JCM-NJK;<br>2:16-cv-02563-JCM-NJK;<br>2:16-cv-02799-JCM-NJK;<br>2:17-cv-00121-JCM-NJK;<br>2:17-cv-00122-JCM-NJK;<br>2:17-cv-00123-JCM-NJK;<br>2:16-cv-02660-JCM-NJK;<br>2:17-cv-00126-JCM-NJK;<br>2:16-cv-02875-JCM-NJK;<br>2:17-cv-00665-JCM-NJK;<br>2:17-cv-00666-JCM-NJK;<br>2:17-cv-00676-JCM-NJK;<br>2:17-cv-00722-JCM-NJK;<br>2:17-cv-00049-JCM-NJK;<br>2:17-cv-00723-JCM-NJK;<br>2:17-cv-00124-JCM-NJK;<br>2:16-cv-02520-JCM-NJK;<br>2:17-cv-00114-JCM-NJK;<br>2:17-cv-00667-JCM-NJK |

CERTIFICATE OF SERVICE

I, the undersigned employee of HAMRICK & EVANS, hereby certify that, on June 20, 2017, I served a true and correct copy of the orders issued by this Court in the above-referenced cases, as issued on the dates of June 14, 2017, June 15, 2017, and June 16, 2017, along with the Report and Recommendations filed by this Court on June 14, 2017 in *ME2 Productions, Inc. v. Mikiyas Bayu et al.,* Case No. 2:17-cv-00724 (Dkt. No. 17), upon all defendants who have not yet appeared in any of the

HAMRICK & EVANS LLP

3

above-referenced cases, by placing a copy of each order and the aforementioned Report and Recommendations in an envelope with the United States Postal Service, postage prepaid, addressed to:

       MIKIYAS BAYU
       APT 2101,
       5155 W TROPICANA AVE
       LAS VEGAS, NV 89103-7009

       Andre Hurst Jr.
       1200 w Cheyenne Avenue
       Building 22-2127
       North Las Vegas, NV 89030-7824

       Louie Yang
       7381 Divine Ridge Street
       Las Vegas, NV 89139-5395

       John Thomas
       6275 Boulder Highway
       Apt 1196
       Las Vegas, NV 89122-7688

       Sherree Ray
       8123 DISCOVERY POINT ST
       LAS VEGAS, NV 89139-0000

       Daniela Gutierrez
       2538 Ellis street
       Apt 1
       North Las Vegas, NV 89030-6062

       RONALD CARNEY
       APT 221
       625 WHITNEY RANCH DR
       HENDERSON, NV 89014-2624

       Starlina Flowers
       2781 HERITAGE CT
       LAS VEGAS, NV 89121-1416

       CAROLYN WILBER
       APT 1041
       7950 W FLAMINGO RD
       LAS VEGAS, NV 89147-4232

       Miguel Palomares
       921 D ST
       LAS VEGAS, NV 89106-3303

       Jermaine Wooten
       6007 Crumbling Ridge Street
       Henderson, NV 89011-1614

HAMRICK & EVANS LLP

NENG CHUANG TAN
7223 MAJESTIC BLUFF PL
LAS VEGAS, NV 89113-3261

MARIA GUZMAN
3947 BLUSHING HEARTS RD
LAS VEGAS, NV 89115-3500

Darian Spriggs
APT 1118
6650 W WARM SPRINGS RD
 LAS VEGAS, NV 89118-4608

STEPHANIE BRATTAIN
3393 MILENKO DR
LAS VEGAS, NV 89121-5116

Derwin Gilman
APT 2521
1290 W HORIZON RIDGE PKWY
HENDERSON, NV 89012-5535

Heath Burkhalter
APT 338
 1500 KAREN AVE
 LAS VEGAS, NV 89169-8845

YVON NOWLAN
4856 FIESTA WAY
 LAS VEGAS, NV 89121-2837

JUSTIN CRUZ
MR1-APT 1013
 2201 N BUFFALO DR
 LAS VEGAS, NV 89128-0272

HOWARD DILLARD
APT 1248
 9303 GILCREASE AVE
 LAS VEGAS, NV 89149-6116

JOHN S WEBB
7582 CYPRESS TREE ST
 LAS VEGAS, NV 89123-0553

Moises Garcia
6507 Copper Smith Ct
 North Las Vegas, NV 89084- 2216

Thu Tran
1305 Pavilions Ave
 North Las Vegas, NV 89031- 2323

Roberto Franceschi
1132 Olvera Way
 Las Vegas, NV 89128-0556

HAMRICK & EVANS LLP

Arnold Mercado
1082 Fish Pond Ave
Henderson, NV 89014-6824

Judy Dunton
3825 Turf Cir
 LasVegas, NV 89108-1138

James Jackson
189 Inveraray Ct
 Henderson,NV 89074-0667

Guadalupe Fierro
6438 Fulton Meadows Ave
 LasVegas, NV 89141-8597

Yaron Cohen
3250 Squire St
 Las Vegas,NV 89135-2222

Elsa Mcknight
4249 N Commerce St
 Apt2034
 North Las Vegas, NV 89032- 1186

Larry Russum
504 Freeman Ave
 Las Vegas,NV 89106-2728

Sherry Clary
1317 Mezpah Dr
 Las Vegas,NV 89106-1933

Mayra Solares
3824 W Washington Ave
Las Vegas, NV 89107-2038

Gail Siobal
Apt241
 4051 W Viking Rd
 Las Vegas,NV 89103-6012

Alvaro Ponce
1910 Falstaff Way
 Las Vegas,NV 89142-1782

Luz Lopez
5710 E Tropicana Ave
 Apt1099
 Las Vegas,NV 89122-6791

Justin Parr
2808 Willow Wind Ct
 Las Vegas,NV 89117-3641

HAMRICK & EVANS LLP

Enrico Tumbokon
2012 Hassett Ave
 Las Vegas,NV 89104-3629

MARTHA LEIVA
1415 WILDERNESS WAY,
NORTH LAS VEGAS, NV 89030- 5318

Martin Avalos
504 SAYLOR WAY,
LAS VEGAS, NV 89107-1406

Cruz Santiago
APT 237
 2675 W AGATE AVE., LAS VEGAS, NV 89123-0000

JOSEPH SALMEN
1716 KILTIE WAY,
LAS VEGAS, NV 89102-4430"

Aurora Cunanan
4013 DANFORD PL.,
LAS VEGAS, NV 89102-7845

Rickey Munnings
2717 Wyandotte Street
 Apt 28
 Las Vegas, NV 89102-6415

Toniko Higgins
5642 Mammouth Mountain Street
 North Las Vegas, NV 89081-2419

Adrian Nelson
21 W. Owens Avenue Bldg 2 - Apt 116
 North Las Vegas, NV 89030-1403

Maamoun Masri
1725 E Warm Springs Road
 Las Vegas, NV 89119-0420

John Robles
1350 w Horizon Ridge Parkway Apt 1414
 Henderson, NV 89012-4435

Valerie M. Arkuson
140 E Sherwood Drive
 Henderson, NV 89015-7630

Raashan Toomey
619 Rancho Del Norte Drive
 North Las Vegas, NV 89031-2817

Stephanie Decrevecoeur
1854 Castleberry Lane
 Las Vegas, NV 89156

HAMRICK & EVANS LLP

Marc Pupo
6670 Chapel Bells Court
 Las Vegas, NV 89156-7069

Thomas Walkers
3649 Cecile Avenue
 Las Vegas, NV 89115-3126

Kisha Lyons-Soenarie
2700 N. Rainbow Blvd
 Apt 1024
 Las Vegas, NV 89108-4518

Jalee Arnone
4304 Thicket Avenue
 North Las Vegas, NV 89031-2112

Gustavo Perez
6512 Folkstone Avenue
 Las Vegas, NV 89108-7077

Ricardo Paredes
6049 Cragged Draw Street
 North Las Vegas, NV 89031-6839

Ricardo Paredes
6049 Cragged Draw Street
 North Las Vegas, NV 89031-6839

Justino A Diaz
6768 Cavatina Avenue
 Las Vegas, NV 89139-6776

Rafael Cerceda
5916 Buckwood Mote Street
 North Las Vegas, NV 89081-3009

Gena Richardson
8201 Sickle Lane
 Las Vegas, NV 89128-1629

Santerren Ward
4405 E. Azure Avenue
 Las Vegas, NV 89115-6001

Troy Simon
9923 Celestial Cliffs Avenue
 Las Vegas, NV 89166-5141

Knicole Porter
573 Uxbridge Drive
 Las Vegas, NV 89178-1288

Ramon Luevano
1483 Orange Jubilee Road
 Henderson, NV 89014-3202

HAMRICK & EVANS LLP

LAURIE MANZI
10446 Tuscany Rose Court,
 Las Vegas, NV 89129-8728

MARGARET F BACOTE-NEWMAN
5012 Bonnie Doon Lane,
 Las vegas, NV 89141-8693

ROBERT J PETERSON
9700 W Sunset Road,
 Apt 2004,
 Las Vegas, NV 89148-4794

LAURIE MANZI
10446 Tuscanny Rose Court,
 Las Vegas, NV 89129-8728

PAT YOUNG
6228 Ilanas Lane,
 Las Vegas, NV 89108-2635

MICHAEL KUBOTA
5485 Tinker Toy Avenue,
Las Vegas, NV 89139-0138

BARRY MATTISON
8600 Starboard Drive,
 Bldg 35,
Unit 2023, Las Vegas, NV 89117-3431

Angel Galliguez
9212 Keystone Ridge Avenue
Las Vegas, NV 89148-1785

Kendra Williams
3424 Strawberry Roan Road
North Las Vegas, NV 89032-2433

Franco Esdrelon
1709 Teardrop Street
Las Vegas, NV 89142-1222

George McMillan
3890 S. Nellis Blvd
#116
Las Vegas, NV 89121-3116

Ramon Luevano
1483 Orange Jubilee Road
Henderson, NV 89014-3202

Roderick Brown
2675 S. Nellis Blvd
Apt 1163
Las Vegas. NV 89121-2071

HAMRICK & EVANS LLP

Jasan Morris
7821 Olympus Avenue
Las Vegas, NV 89131

Nick Cracchiola
911 Cozy Valley Street
Henderson, NV 89015-6931

Jorge L. Diaz
1701 Crystal Chimes Drive
Las Vegas, NV 89106-1363

Victor Exhipare
9968 Keifer Valley Street
Las Vegas, NV 89178-4823

Diane Scott-Thompson
5440 Milkwood Lane
Las Vegas, NV 89149-6662

Carolyn Perry
3698 Lone Oak Street
Las Vegas, NV 89115-0310

Tracey Shepherd
3576 N Campbell Road
Las Vegas, NV 89129-6195

ABRAHAM SOTO
1662 GEORGE PL
LAS VEGAS, NV 89106-2752

GEORGE CASTILLO
3198 WESTFIELD ST
LAS VEGAS, NV 89121-3336

Anthony Will
8224 NEW LEAF AVE
LAS VEGAS, NV 89131-8186

SANDRA MEJIA
4525 SKYVIEW DR
LAS VEGAS, NV 89104-5444

ALPHONSE SANTIAGO
APT 2423
 650 WHITNEY RANCH DR
HENDERSON, NV 89014-2617

SANTOS GUERRERO
5588 KENTUCKY DERBY DR
LAS VEGAS, NV 89110-5613

FRITZ EDMONIS
APT 2065
 8025 W RUSSELL RD
LAS VEGAS, NV 89113-1808

HAMRICK & EVANS LLP

OSNAT HAYON
APT 275
5240 INDIAN RIVER DR
LAS VEGAS, NV 89103-7443

HEATHER FLORES
5308 VELAZCO LN
LAS VEGAS, NV 89130-5207

Nathan Silavong
3119 Alder Grove Court
North Las Vegas, NV 89081

Jose Leyva
2540 Statz Street
North Las Vegas, NV 89030-6011

Homero Carmona
2104 Santa Clara Drive
Las Vegas, NV 89104-2615

Brigida Pastrana
221 Flower Apt C
Las Vegas, NV 89101-4555

Austin & Goldine Cabral
6507 Plum Orchard Circle
Las Vegas, NV 89142-0966

Keishla Johnson
7417 Wandering Street
Las Vegas, NV 89131-4539

Ac Ortega
5825 Glen Eagles Lane
Las Vegas, NV, 89108-1503

Jose Rodriguez
3622 Durant River Drive
Las Vegas, NV 89122-3512

Tanya C. Dawson
815 Royal Mile Way
North Las Vegas, 89032-7698

Mamadou Viady
4045 Evening Breeze Court
Las Vegas, NV 89107-4322

Magan Kokdokmai
7593 Spindrift Tide Court
Las Vegas, NV 89139-5422

Claudia Cerda
1330 Ebbetts Pass
Las Vegas, NV 89110-1780

HAMRICK & EVANS LLP

Karin Fee
2849 Swanson Avenue
North Las Vegas, NV 89086- 1416

Lucio Navarrete
1709 Rolling Hills Drive
Las Vegas, NV 89156-7024

Edgar Lozano Paez
929 Support Court
North Las Vegas, NV 89031-0955

Leopold Burgos
6704 Painted Canyon Court
Las Vegas, NV 89130-1684

Edward Sanchez
10543 Bella Camrosa Drive
Las Vegas, NV 89141-4104

Cassandra Jones
6740 Kyle Stewart Court
North Las Vegas, NV 89086-1302

IZOLA MILES
1998 HELENA AVE
RENO NV 89512-1918

RICHARD ONTIVEROS
605 WINDCHASE CT
 DAYTON NV 894037356

CHRISTOPHER ANDERTON
226 N HARBIN AVE
 CARSON CITY NV 897014319

LISA MOORE
541 W 2ND ST
 RENO NV 895035310

MANUEL FERNANDEZ
150 ELM DR
 FALLON NV 894068948

Rebecca Marra
4438 Rolls Royce Road
North Las Vegas, NV 89031-2283

Lianna Wood
4813 Violet Bay court
Las Vegas, NV 89131-2794

Aleta Macha
3025 Vicki Avenue
Las Vegas, NV 89139-8154

HAMRICK & EVANS LLP

Adam Payne
5123 Gibson Falls court
Las Vegas, NV 89141-8645

Salome Aguilar
6125 Rosalita Avenue
Las Vegas, NV 89108-3823

LOUIS BASQUE
301 E 4TH ST
 RENO NV 89512-3313

CAREY GARDNER
2375 TRIPP DR
 APT 12
 RENO NV 89512-1783

ALEX FONCHAM
1024 CALIFORNIA CT
 FALLON NV 89406-4165

JANNA RIGGINS
914 ATRIUM RD
 FERNLEY NV 89408-7597

GEORGE FAULKNER
463 STEFFANIE WAY
 SPARKS NV 89431-1217

MANUEL COLEMAN
2350 WEDEKIND RD
 APT H
 RENO NV 89512-2021

MARY HOSSAY
18312 DUSTIN CT
 RENO NV 89508-2529

ADIL HARCHAOUI
1030 BLUE LAKES RD
 RENO NV 89523-1742

Savannah Ronfeldet
7458 Corcoran Street
 Las Vegas, NV 89148-2673

Marc Cabrera
305 Fuchia Circle
 Las Vegas, NV 89107

Sean Gipson
435 Princess Avenue
 North Las Vegas, NV 89030-8631

HAMRICK & EVANS LLP

Jacquelyn Dismuke
9 Baer Drive
 Unit B
 Las Vegas, NV 89115-2635

Rocky Hollenbeck
1508 Hiawatha Road
 Las Vegas, NV 89108-1435

Paul Abatie
998 Hickock street
 Las Vegas, NV 89110-261

Tina Phillips
7026 Delwood Street
 Las Vegas, NV 89147-4730

ROBERT PEREZ
2190 PRATER WAY
 SPARKS NV 894316955

CURTIS JONES
2655 YORI AVE
APT D14
 RENO NV 895028347

JOANA PEO TORRES
1859 PURDUE DR RENO NV 895023152

DOMINICK STOCKS
13900 LEAR BLVD
 RENO NV 895061630

Javier Godinez
5900 W Tropicana Avenue Apt 358
 Las Vegas, NV 89103-4828

Jesus Sierras
324 Harvard Street
 Las Vegas, NV 89107-1840

Regina Bradford
7101 Smoke Ranch Rd
 Apt 2156
 Las Vegas, NV 89128-3172

Jorge A Carapia Cruz
4909 Goldfield Street
 North Las Vegas, NV 89031-2516

Jazmine Platas
2929 Siki Court
 Apt C
 Las Vegas, NV 89101-3643

HAMRICK & EVANS LLP

1
2

Donna Clark
185 E Ford Avenue
 Las Vegas, NV 89123-1664

3
4
5

Maria Sheriff
2700 S Valley View Boulevard
 Apt G15
 Las Vegas, NV 89102-0190

6
7

Jacquelynn Spencer
6517 Doby Peak Drive
 Las Vegas, NV 89108-5716

8
9

Luis E Montano
5029 Graham Cracker Street
North Las Vegas, NV 89031-2581

10
11

Melvin Mallari
3535 Cambridge Street
Apt 118
Las Vegas, NV 89169-4035

12
13

Jammie Siasaga
9821 Hanover Grove Avenue
Las Vegas, NV 89148-5764

14
15
16

Sean Satefford
2210 N Lamb Blvd.
Apt B
Las Vegas, NV 89115-5473

17
18

Juan Raya
7737 Sierra Paseo Lane
Las Vegas, NV 89128-2756

19
20

Jessica De La Cruz
1611 Gentle Brook Street
North Las Vegas, NV 89084-2032

21
22

Janice Adams
2228 Cambridge Elms Street
North Las Vegas, NV 89032-4875

23
24

Shannon Soisoongnoen
9468 Glendora Valley Street
Las Vegas, NV 89178-8207

25
26

John Schwarz
5111 Morning Splash Avenue
Las Vegas, NV 89131-3640

27
28

Wanda Miller
4608 Snake Eyes Street
Unit 103
Las Vegas, NV 89122-2737

HAMRICK & EVANS LLP

Gralyn Edwards
2051 N Torrey Pines Drive
Apt 2046
Las Vegas, NV 89108-6526

Christopher Deeds
4309 Hanford Avenue
Las Vegas, NV 89107-2119

MANUEL RUIZ
1205 S MEADOWS PKWY
APT K3076
 RENO NV 89521-3930

MARYANN MITCHELL
25 S PARK ST
 APT A
 RENO NV 89502-1093

BIANCA LEE
17275 WHIPPOORWILL LN
 RENO NV 89508-8482

JOSE RODRIGUEZ
1672 KINGSLEY LN
 CARSON CITY NV 89701-6851

EMILIO GOMEZ
210 HAAS CT
 SUN VALLEY NV 89433-6803

ERIKA REYES
1901 WEDEKIND RD
 APT B
 RENO NV 89512-1728

NANCY AVELAR
6491 FLOWER ST
 RENO NV 89506-1743

Karin Fee
2849 Swanson Ave
 North Las Vegas, NV 89086-1416

Lucio Navarrete
1709 Rolling Hills Dr
 Las Vegas, NV 89156-7024

Edgar Lozano Paez
4929 Support Ct
 North Las Vegas, NV 89031-0955

JIALI YANG
6620 GENEVIEVE CT
LAS VEGAS, NV 89108-7300

HAMRICK & EVANS LLP

DEBBIE FOSTER
2089 TOIYABE ST
LAS VEGAS, NV 89156-5861

Yaixel Gonzalez
209 ANTELOPE WAY
LAS VEGAS, NV 89145-5303

CARLOS PEREZOMAR
8931 DESERT BAY DR
LAS VEGAS, NV 89117-1009

JEREMY SCOTT-JOHNSON
2016 MARATHON KEYS AVE
NORTH LAS VEGAS, NV 89031-0900

BARRY HIMMELREICK
2647 WHITE PINE DR
HENDERSON, NV 89074-1315

JULIE N RUBIN
9624 SATIN BELL CT
LAS VEGAS, NV 89148-3906

JACQUELINE ALCARA-OLMEDO
APT 1043
5415 W HARMON AVE
LAS VEGAS, NV 89103-7013

LETICIA ROMEROS
APT 1
3516 THOMAS AVE
NORTH LAS VEGAS, NV 89030-7448

VIVIANA INIESTRA
APT 204
3240 HAVEN RIDGE CT
LAS VEGAS, NV 89117-0303

Leonardo De Leon
1840 BEARDEN AVE
HENDERSON, NV 89011-4205

Amber Haag
APT C
3109 N WALNUT RD
LAS VEGAS, NV 89115-7419

TERESA ZAVALA
4119 E PHILADELPHIA AVE
LAS VEGAS, NV 89104-5229

Sasha Hino Katsumoto
APT 1056
6767 W WINDMILL LN
LAS VEGAS, NV 89139-6503

HAMRICK & EVANS LLP

VINA LIM
3425 WILMOT ST
LAS VEGAS, NV 89102-8117

YAILA POllATO
APT 236
3150 S DECATUR BLVD
LAS VEGAS, NV 89102-7140

Leslie Huddleston
APT 248
3540 SWENSON ST
LAS VEGAS, NV 89169-9329

JOSHUA DONALDSON
APT 1915
8255 LAS VEGAS BLVD S
LAS VEGAS, NV 89123-0000

Leah Middleton
3610 American Pie Court,
Las Vegas, NV 89129

Kenneth P. Hilbert
6467 Spiced Butter Rum Street,
North Las Vegas, NV 89084

Michael Murphy
7564 Durham Hall Avenue,
Unit 201,
Las Vegas, NV 89130

Mathew Kogler
301 Pershing Drive,
Las Vegas, NV 89107

Jerry Longfield
6308 Topweed Avenue,
Las Vegas, NV 89130

Sheryl Longfield
6308 Topweed Avenue,
Las Vegas, NV 89130

William Hernandez
578 Chelsea Drive,
Henderson, NV 89014

Edgardo Alas
3540 Swenson Street,
Apt. 186,
Las Vegas, NV 89169

FRANCISCO DELGADILLO
10119 HOLLIS MOUNTAIN AVE
LAS VEGAS, NV 89148-4292

HAMRICK & EVANS LLP

EDWARD KAMMER
3872 LINDELL RD
LAS VEGAS, NV 89103-2446

Luis Vera
APT A 4015 BALDWIN ST
LAS VEGAS, NV 89122-4601

Yoshie Tsuma
APT 1115
9550 W SAHARA AVE
 LAS VEGAS, NV 89117-5380

ROSLAYN JENKINS
APT 116
500 N MAJOR AVE
HENDERSON, NV 89015-5820

RAMON HERNANDEZ
3779 E WYOMING AVE
LAS VEGAS, NV 89104-4970

GUADALUPE NOYOLA
2724 CAPISTRANO AVE
LAS VEGAS, NV 89121-2103

MARIA GONZALEZ
3928 GAVIOTA AVE
LAS VEGAS, NV 89110-3111

ELIZABETH CANO JIMENEZ
6340 CLARICE AVE
LAS VEGAS, NV 89107-1397

TREVOR PHILLIPS
4369 STUDIO ST
LAS VEGAS, NV 89115-2338

DON SCHAEFER
5064 LAURELWOOD AVE
LAS VEGAS, NV 89122-6837

LAURA LIYANAGE
8113 CALICO WIND ST
LAS VEGAS, NV 89131-5500

Dennis Jones
4642 KELLY BARRY WAY
LAS VEGAS, NV 89121-5753

KENNETH THOMAS
1717 HEATHER OAKS WAY
NORTH LAS VEGAS, NV 89031-5012

INDIA T TELLEZ
 APT D78, 1200 REDWOOD ST

HAMRICK & EVANS LLP

LAS VEGAS, NV 89146-1080

Asia Sibounheuang
4024 BRIGHTWORK ST
NORTH LAS VEGAS, NV 89032-0273

MARCOS RAMIREZ
APT 100
3750 E BONANZA RD
LAS VEGAS, NV 89110-6430

Keishla Johnson
7417 Wandering Street,
Las Vegas, NV 89131

Tommy Robles
3441 Canter Drive,
North Las Vegas, NV 89032

Jeffery Hall
7612 Lillywood Avenue,
Las Vegas, NV 89129

Diane Sanchez
2900 El Camino Avenue,
Apt. 96,
Las Vegas, NV 89102

SHAWN PANTON
1101 Dumont Blvd.,
Apt. 29,
Las Vegas, NV 89169

STEPHEN COPPOCK
9625 Rising Ride Drive,
Las Vegas, NV 89117

ALSEYNI DANSOKHO
700 E Flamingo Road,
Unit 110A,
Las Vegas, NV 89119

FRANSICO ALESSI
196 Lenape Heights Avenue,
Las Vegas, NV 89148

MARISA DELEON
2682 Whisper Ridge Street,
Las Vegas, NV 89156

JONATHAN SMITH
980 SAINT PATRICK CT
 FALLON NV 89406-3651

ROGER DAVIS
4707 W LEONESIO DR
SUN VALLEY NV 89433-8216

HAMRICK & EVANS LLP

ROBERT ERICSEN
1120 LOCUST ST
RENO NV 89502-2554

SEAN DUFF
8000 OFFENHAUSER DR
APT 7D
RENO NV 89511-1385

MERARI AMAYA
3655 ASBURY HILL AVE
LAS VEGAS, NV 89110-3044

ERNESTO REGUAN
APT 424
1000 AMERICAN PACIFIC DR
HENDERSON, NV 89074-8795

Desimond Fields
APT E
1408 SANTA MARGARITA ST
LAS VEGAS, NV 89146-2935

Joshua Greer
2332 IVORY POINT CT
LAS VEGAS, NV 89134-6919

HEIDI KIMBROUGH
1542 UNION ST
SPARKS NV 89434-4089

LORENA ULLOA
1121 CORAL CRYSTAL CT
NORTH LAS VEGAS, NV 89032-7834

JANET STRENG
2501 CONESTOGA TRL
LAS VEGAS, NV 89108-3715

William H Conrad
APT 37
3200 ARVILLE ST
LAS VEGAS, NV 89102-7644

STANLEY CIESLAK
360 E KIMBERLY DR
HENDERSON, NV 89015-8146

SHANNON FORSYTH
1660 WEDEKIND RD
APT D
RENO NV 89512-2424

CYNTHIA SANCHEZ
741 SAINT ARMS CIR
RENO NV 89506-1979

HAMRICK & EVANS LLP

CECIL HOFFMAN
2581 POOLE WAY
CARSON CITY NV 89706-1029

Sergio Uribe
7255 Patmore Ash Court
 Las Vegas,NV89148-2866

Glen Burke
7880 Via Olivero Avenue
 LasVegas,NV89117-1917

James Contreras Vega
6936 Senton Ave
 LasVegas,NV89108-5404

Charles Hill
3187 Key Largo Drive, Apt 203
 LasVegas,NV89120-1140

Landis Smith
6471 New Brunswick Ave
 LasVegas,NV89110-2879

Anthony Murillo
6533 Bourbon Way
 LasVegas,NV89107-3330

Evelyn Suing
9760 Silver Dew St
 LasVegas,NV89183-6826

Almir Lyon
5225 W Reno Ave Apt 104
 LasVegas,NV89118-1595

Jennifer Farley
6167 Alpine Tree Ave
 LasVegas,NV89139-6854

Almir Lyon
5225 W Reno Ave Apt 104
 LasVegas,NV89118-1595

David Ross
7420 Cypress Grove Court
Las Vegas, NV 89129-5963

Timothy Wyson     "10495 S Dapple Gray Rd
 LasVegas,NV89178-3553"

AMANDA BARRIENTOS
6290 W CROW CT.,
SUN VALLEY, NV 894336623

HAMRICK & EVANS LLP

1

2

DIANA HARTLEY
2437 VALENCIA WAY,
SPARKS, NV 894348031

3

4

5

KENNETH COLLINS
1501 RAND AVE.,
APT 4,
CARSON, CITY NV 897062601

6

7

CORY WRAY
2610 N CARSON ST.,
CARSON CITY, NV 897060102

8

9

JAVIER NUNEZ
3103 CONGRESS AVE.,
LAS VEGAS, NV 89121-1318

10

11

BRIAN BRADSHAW
3300 KAUAI CT.,
APT B4,
RENO, NV 895094803

12

13

ARNEL HUTCHINS
4945 ATTITUDE CT.,
NORTH LAS VEGAS, NV 89031-0956

14

15

CUTBERTO PORCALLO
443 LINDEN ST.,
RENO, NV 895024390

16

17

18

Zizian Montalvao-nogue
APT 2068,
4747 PENNWOOD AVE.,
LAS VEGAS, NV 89102-7058

19

20

APRIL RANTA
360 N Arroyo Grande Blvd
Unit: 928
Henderson, NV 89014-3971

21

22

TINA PHILLIPS
7026 Delwood street
Las Vegas, NV 89147-4730

23

24

RUDY MARTINEZ
4592 Allenford Drive
Las Vegas, NV 89147-5100

25

26

NIGEL BRUCE
4901 W. Oakey Bvld
Las Vegas, NV 89146-0317

27

28

YAOSKA MOLINA-CRUZ
1949 Emerald Green Avenue
Las Vegas, NV 89106-1834

HAMRICK & EVANS LLP

CHARLES MITCHELL
2529 Torch Avenue
North Las Vegas, NV 89081-6556

HECTOR PINEDA
3230 WEDEKIND RD
APT 110
 SPARKS NV 894311096

JOSE ALAS
1215 SULLIVAN LN
 APT 13B
 SPARKS NV 89431-3575

SELA MALAFU
1409 LOCUST ST RENO NV 89502-2903

ALLAN MORIASTIL
435 CASAZZA DR
 RENO NV 895023393

CLEMENCIA PEREZ
400 LOCUST ST
 RENO NV 895021838

HUNBERTO ROJAS
AIRPORT RD
 UNIT 209
 CARSON CITY NV 89706-1188

CRYSTAL THOMPSON
315 CASSANDRA WAY
 DAYTON NV 89403-8118

RAIMONDAS KURMONAVICIUS
1555 RIDGEVIEW DR
APT 178
 RENO NV 895196238

BRIAN DAVIS
516 FREDERICK AVE
LAS VEGAS, NV 89106-2627

ANNA YATES
71 LOCKHEED AVE
 LAS VEGAS, NV 89183-5678

LUIS ARCILA
5135 DEL SHANNON ST
 NORTH LAS VEGAS, NV 89031- 6261

Helen Abdela
APT V687
 4255 W VIKING RD
 LAS VEGAS, NV 89103-5906

HAMRICK & EVANS LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALEJANDRO MARTINEZ
APT 1092
 9999 W KATIE AVE
 LAS VEGAS, NV 89147-8350

ANDREW COULTER
8446 MONDAVI HILL CT
 LAS VEGAS, NV 89139-7166

Miguel Castellanos
3605 E BARTLETT AVE
 NORTH LAS VEGAS, NV 89030- 2002

GINA YOUNG
APT 1111
 2120 RAMROD AVE
 HENDERSON, NV 89014-2013

JENNIFER CATANZARITE
1433 HAWKWOOD RD
 HENDERSON, NV 89014-3033

Archie Medes
7721 Wild Crest Street
 Las Vegas, NV 89149-1930

Shannon Mullaney
3391 Sparrow Heights Avenue
 North Las Vegas, NV 89032- 8922

Daniel Vasquez
4363 Coyote Crest Court
 LasVegas, NV 89147-7812

Steven Olmos
1037 Ambrosia Drive
 LasVegas, NV 89138-8011

Joerry Gocong
1520 Raul Court
 Las Vegas, NV 89101-1667

Michael George
3737 Jasmine Heights Avenue
 North Las Vegas, NV 89081- 5217

Jineane Agee
710 Wolf Lake Avenue
 North Las Vegas, NV 89032- 1168

Alejandro Treto
4436 Pineaire Street
 Las Vegas, NV 89147-4735

VERONICA HERNANDEZ
441 LINDEN ST

HAMRICK & EVANS LLP

RENO NV 89502-4390

WESLEY CARDONA
326 BROWNLEE LN
 SUN VALLEY NV 89433-7908

ALISHA MCKINLEY
2790 16TH ST
SPARKS NV 89431-1837

FRANCIS DELAROSA
645 SUN MESA DR
 SUN VALLEY NV 89433-5606

DIEGO GUTIERREZ
174 LOST CIR
 SUN VALLEY NV 89433-6928

Nathan Silavong
3119 Alder Grove Court
 North Las Vegas, NV 89081

Jose Leyva
2540 Statz Street
 North Las Vegas, NV 89030-6011

Homero Carmona
2104 Santa Clara Drive
 Las Vegas, NV 89104-2615

Brigida Pastrana
221 Flower Apt C
 Las Vegas, NV 89101-4555

Austin Cabral
6507 Plum Orchard Circle
 Las Vegas, NV 89142-0966

 Goldine Cabral
6507 Plum Orchard Circle
 Las Vegas, NV 89142-0966

Keishla Johnson
7417 Wandering Street
 Las Vegas, NV 89131-4539

Ac Ortega
5825 Glen Eagles Lane
 Las Vegas, NV, 89108-1503

Jose Rodriguez
3622 Durant River Drive
 Las Vegas, NV 89122-3512

Tanya C. Dawson
815 Royal Mile Way
 North Las Vegas, 89032-7698

HAMRICK & EVANS LLP

SANDRA SANCHEZ
4804 ASHBROOK PL
LAS VEGAS, NV 89147-4830

REY ROCHA
8121 SAN MATEO ST
NORTH LAS VEGAS, NV 89085-2303

Anthony Garcia
APT 223
6300 W TROPICANA AVE
LAS VEGAS, NV 89103-4431

LEAH MIDDLETON
APT 2122
7855 DEER SPRINGS WAY
LAS VEGAS, NV 89131-4036

JUVY MILES
7858 PRAIRIE BLUFF ST
LAS VEGAS, NV 89113-3049

JORGE RODRIGUES
APT 5
2520 S EASTERN AVE
LAS VEGAS, NV 89169-1883

CYNTHIA WEBER
APT 310
230 E FLAMINGO RD
LAS VEGAS, NV 89169-0309

URIEL LEE
9433 SALT WATER CT
LAS VEGAS, NV 89117-0256

Phyllis Johnson
2424 LEXINGTON ST
NORTH LAS VEGAS, NV 89030-3749

CARLOS VALDOVINOS
3375 BANCROFT CIR
LAS VEGAS, NV 89121-3514

YORDAN RODRIGUEZ
3901 GRASS VALLEY PL
LAS VEGAS, NV 89107-4331

June 20, 2017.

/s/ Satoshi Kanuma
Satoshi Kanuma

HAMRICK & EVANS LLP