## AFFIDAVIT OF SERVICE

**State of Nevada**   **County of**   **United States District Court**

Case Number: 2:17-CV-00049

Plaintiff:
**ME2 Production, Inc., a Nevada corporation**

vs.

Defendant:
**Sergio Uribe, an individual; et al.**

Received by AM:PM Legal Solutions on the 6th day of June, 2017 at 2:30 pm to be served on **David Ross, 7420 Cypress Grove Ct., Las Vegas, NV 89129.**

I, Michelle Roeder, being duly sworn, depose and say that on the 19th day of June, 2017 at 5:40 pm, I:

at all times herein, pursuant to NRCP 4(c), was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made and **personally served** the within named person with a true and correct copy of the **Summons in a Civil Action and First Amended Complaint** on the date and hour endorsed thereon by me, at the aforementioned address.

**Description** of Person Served: Age: 60+, Sex: M, Race/Skin Color: Af. American, Height: 6'2", Weight: 220, Hair: Grey, Glasses: Y

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct, signed and dated this:

_21_ day of _June_, 20_17_.

*Michelle Roeder* (signature)

**Michelle Roeder**

**AM:PM Legal Solutions**
520 S. 7th St., Ste. B
Las Vegas, NV 89101
(702) 385-2676

Our Job Serial Number: AMP-2017001322
Ref: 3701NV170049

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

**ME2 Productions, Inc.**

        *Plaintiff(s)*

v.

**Sergio Uribe, Et. Al.**

        *Defendant(s)*

Civil Action No. **2:17-cv-00049-JCM-NJK**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **David Ross**
**7420 Cypress Grove Court**

**Las Vegas, NV 89129-5963**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Charles C. Rainey, Esq.**
**HAMRICK & EVANS, LLP**
**7670 W. Lake Mead Blvd.,**
**Suite 140**
**Las Vegas, NV 89128**
**(702) 410-5111**
**Attorneys for Plaintiff**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
**CLERK**



*(By)* **DEPUTY CLERK**

5/31/2017
**DATE**